UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
23-TP-20052-MOORE

UNITED STATES OF AMERICA,

    Plaintiff

vs.

YORDANI ANTONIO ZALDIVAR-MESA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Zaldivar-Mesa (ECF No. 7).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 10). Before the status conference was conducted, Defendant, through counsel, filed a Notice of Admission to Supervised Release Violations (ECF No. 12). Accordingly, no evidentiary hearing is warranted for the purpose of determining probable cause.

Upon consideration of the Petition, Notice and being otherwise apprised of the circumstances, it is the recommendation of the undersigned that the Court set the matter for final hearing and accept Defendant's admission of guilt of the Violation Nos. 1 through 3 as charged in the Petition.

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United

1

States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 2nd day of October, 2023.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record